IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CR-00136-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALA AREEF ARAFAT ABUKHALAF, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court sua sponte.

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport and produce the body of Defendant Ala Areef Arafat Abukhalaf (USM# 35500-058) for a competency/restorability hearing before the Honorable David S. Cayer in the Western District of North Carolina, in Charlotte, North Carolina not later than May 17, 2022, and upon completion of the hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: May 6, 2022

David S. Cayer
United States Magistrate Judge